Don M. Spencer, Appellant, v. Worth Chamberlain, as Executor, etc., of Kate B. Field, Deceased, Respondent.— Judgment modified by deducting therefrom the sum of twelve dollars and twenty-five cents, and as modified affirmed, without costs of this appeal.  All concurred.

Sarah Signer, Appellant, v. Frederick G. Signer, Respondent.— Order affirmed, without costs, with leave to plaintiff to renew motion after making demand of payment and refusal of defendant, to pay.   All concurred, except Kellogg, J., who dissented.

Albert Sharron, Appellant, v. The McCall Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Alida C. Stalker, as Administratrix, etc., of Stephen Stalker, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, as Lessee of the Boston and Albany Railroad, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Kellogg and Houghton, JJ,, who dissented on the ground that the proof shows that the decedent exercised no care and was guilty of contributory negligence.

Standard   Nursery   Company,   Appellant,   v.   Edwin  O.  Lowery, Respondent.— Judgment affirmed, with costs.   All concurred.

Daniel White, Respondent, v. Joseph L. Powley and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

---

## FOURTH DEPARTMENT, DECEMBER, 1912.

Alice L. Wood, Respondent, v. William J. Hamilton, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.   Held, that there was no evidence of any previous vicious act of the dog nor that defendant had knowledge of any such act or that the dog was of a vicious character.   All concurred, except McLennan, P. J., who dissented upon the ground that the evidence fairly established that the dog was vicious to the knowledge of the owner.

George T. Plumstead, Respondent, v. Jennie Plumstead, Appellant.— Interlocutory judgment affirmed, without costs.   All concurred.